UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: SLEDZ, ADAM P.   §<br>SLEDZ, HELENA   §<br>   §<br>Debtor(s)   § | Case No. 09-13161 |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15 on 09/24/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/17/2010        By:  /s/ Michael G. Berland
                                                      Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272


**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SLEDZ, ADAM P. § Case No. 09-13161
      SLEDZ, HELENA §
                    §
Debtor(s)           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 25,012.74 |
| and approved disbursements of | $ 500.00 |
| leaving a balance on hand of [1] | $ 24,512.74 |

Claims of secured creditors will be paid as follows:

Claimant                                                    Proposed Payment
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 3,251.13 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                         *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 141,965.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 22,065.04 | $ 3,304.37 |
| 2 | Advanta Bank Corp. | $ 19,605.59 | $ 2,936.05 |
| 3 | PYOD LLC as assignee of Citibank,c/oResurgent Capital | $ 28,985.85 | $ 4,340.80 |
| 4 | Chase Bank USA, N.A. | $ 33,524.79 | $ 5,020.54 |
| 5 | GE Money Bank dba LENSCRAFTERS/GEMB, | $ 507.74 | $ 76.04 |
| 6 | FIA CARD SERVICES, /BANK OF AMERICA, AMERICAN INFOSURCE, AGE | $ 37,276.35 | $ 5,582.36 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams            Page 1 of 1           Date Rcvd: Aug 18, 2010
Case: 09-13161                Form ID: pdf006            Total Noticed: 22

The following entities were noticed by first class mail on Aug 20, 2010.
db/jdb         +Adam P. Sledz,   Helena Sledz,   16519 Tuscarora Court,   Lockport, IL 60441-4375
aty            +Agnes Pogorzelski,   Agnes Pogorzelski & Associates, P.C.,   7443 W. Irving Park Road,   Suite 1W,
                 Chicago, IL 60634-2168
tr             +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
14569420      ++ADVANTA,   700 DRESHER RD,   HORSHAM PA 19044-2206
               (address filed with court: Advanta Bank Corp.,   c/o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701)
13781527       +Advocate HealthCare,   P.O. Box 70508,   Chicago, IL 60673-0508
13781525       +Agnes Pogorzelski & Associates PC,   7443 W Irving Park Road Suite 1W,   Chicago, IL 60634-2168
13781528        Bank Of America, N.A.,   P.O. Box 15026,   Wilmington, DE 19850-5026
13781529        Chase,   Cardmember Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
14596007        Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13781530        Citi Diamond Preferred Card,   P.O. Box 6000,   The Lakes, NV 89163-6000
13781533        Harris Bank, N.A.,   P.O. Box 6201,   Carol Stream, IL 60197-6201
13781534       +Harris N. A.,   CLC Servicing Dept. D,   P.O. Box 5043,   Rolling Meadows, IL 60008-5043
13781535        Nissan Motor Acceptance Corporation,   Bankruptcy Department,   P.O. Box 660366,
                 Dallas, TX 75266-0366
14587718       +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
13781523       +Sledz Adam P,   16519 Tuscarora Court,   Lockport, IL 60441-4375
13781524       +Sledz Helena,   16519 Tuscarora Court,   Lockport, IL 60441-4375

The following entities were noticed by electronic transmission on Aug 18, 2010.
13781526        E-mail/Text: bkr@cardworks.com                            Advanta Bank Corp.,   P.O. Box 8088,
                 Philadelphia, PA 19101-8088
14538796        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 19 2010 02:05:24     DISCOVER BANK,
                 DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
13781531        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 19 2010 02:05:24     Discover Card,
                 P.O. Box 30395,   Salt Lake City, UT 84130-0395
14826347        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2010 02:04:43
                 FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                 Oklahoma City, OK 73124-8809
13781532        E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2010 02:13:18     GE Money,   P.O. Box 981127,
                 El Paso, TX 79998-1127
14763481       +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2010 02:13:17     GE Money Bank dba LENSCRAFTERS/GEMB,
                 Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 6

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date:** Aug 20, 2010          **Signature:**  *Joseph Speetjens*