# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: SLEDZ, ADAM P. | § Case No. 09-13161 |
| SLEDZ, HELENA | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $435,410.00 *(without deducting any secured claims)* | Assets Exempt: $421,720.00 |
| Total Distribution to Claimants: $21,263.19 | Claims Discharged Without Payment: $158,505.43 |
| Total Expenses of Administration: $3,751.13 | |

3) Total gross receipts of $ 25,014.32  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $25,014.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $443,566.55 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,751.13 | 3,751.13 | 3,751.13 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 139,269.14 | 141,965.36 | 141,965.36 | 21,263.19 |
| TOTAL DISBURSEMENTS | $582,835.69 | $145,716.49 | $145,716.49 | $25,014.32 |

4) This case was originally filed under Chapter 7 on April 14, 2009.
. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2010　　　　By: /s/MICHAEL G. BERLAND
　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tractor and trailed owned by H & A-unscheduled | 1229-000 | 25,000.00 |
| Interest Income | 1270-000 | 14.32 |
| **TOTAL GROSS RECEIPTS** | | **$25,014.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | (blank name) | 4110-000 | 16,794.23 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 63,413.99 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 363,358.33 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$443,566.55** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 3,251.13 | 3,251.13 | 3,251.13 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,751.13 | 3,751.13 | 3,751.13 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 21,525.32 | 22,065.04 | 22,065.04 | 3,304.85 |
| 2 | Advanta Bank Corp. | 7100-000 | 19,314.06 | 19,605.59 | 19,605.59 | 2,936.47 |
| 3 | PYOD LLC as assignee of Citibank,c/oResurgent | 7100-000 | 27,502.22 | 28,985.85 | 28,985.85 | 4,341.42 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Chase Bank USA, N.A. | 7100-000 | 32,724.28 | 33,524.79 | 33,524.79 | 5,021.25 |
| 5 | GE Money Bank dba LENSCRAFTERS/GEMB, | 7100-000 | 400.00 | 507.74 | 507.74 | 76.05 |
| 6 | FIA CARD SERVICES, /BANK OF AMERICA, AMERICAN INFOSURCE, | 7100-000 | N/A | 37,276.35 | 37,276.35 | 5,583.15 |
| NOTFILED | Advocate HealthCare | 7100-000 | 953.81 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.A. | 7100-000 | 36,849.45 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 139,269.14 | 141,965.36 | 141,965.36 | 21,263.19 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-13161
Case Name: SLEDZ, ADAM P.
　　　　　　SLEDZ, HELENA
Period Ending: 11/10/10

Trustee:　(520196)　MICHAEL G. BERLAND
Filed (f) or Converted (c):　04/14/09 (f)
§341(a) Meeting Date:　06/08/09
Claims Bar Date:　12/31/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 16519 Tuscora Court-Lockport-scheduled | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash-scheduled | 30.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking-National City-scheduled | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings-National City-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods-Scheduled | 550.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Prudential life insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Prudential life insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401k-scheduled | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1000 shares H & A Enterprises-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1980 Yamaha motorcyle-scheduled | 400.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2000 Ford pick up-scheduled | 3,800.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2004 Toyota Matrix-schedueld | 5,240.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2006 Nissan Murano-scheduled | 13,690.00 | 0.00 | DA | 0.00 | FA |
| 15 | Tractor and trailed owned by H & A-unscheduled (u) | 0.00 | 25,000.00 | | 25,000.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 14.32 | Unknown |
| 16 | Assets　Totals (Excluding unknown values) | $435,410.00 | $25,000.00 | | $25,014.32 | $0.00 |

**Major Activities Affecting Case Closing:**

　　The Trustee fied a Motion to Compromise his interest in two vehicles owned by debtors' business. The Trustee hired an accountant to prepare tax returns.

**Initial Projected Date Of Final Report (TFR):**　December 31, 2013　　　**Current Projected Date Of Final Report (TFR):**　December 31, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-13161 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | SLEDZ, ADAM P. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SLEDZ, HELENA | | Account: | ***-*****87-65 - Money Market Account |
| Taxpayer ID #: | **-***7626 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/09 | {15} | National City Bank | Payment for interest in corporation for trucks per court order | 1229-000 | 25,000.00 | | 25,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 25,000.98 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 25,002.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,003.05 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,004.10 |
| 01/05/10 | 1001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 24,504.10 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 24,505.07 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 24,506.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 24,507.09 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.16 | | 24,507.25 |
| 04/06/10 | | Wire out to BNYM account 9200******8765 | Wire out to BNYM account 9200******8765 | 9999-000 | -24,507.25 | | 0.00 |

| | ACCOUNT TOTALS | 500.00 | 500.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | -24,507.25 | 0.00 | |
| | Subtotal | 25,007.25 | 500.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $25,007.25 | $500.00 | |

{} Asset reference(s)

Printed: 11/10/2010 01:31 PM   V.12.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |  | |
|---|---|---|---|
| Case Number: | 09-13161 | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | SLEDZ, ADAM P. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | SLEDZ, HELENA | Account: | ***.*****87-66 - Checking Account |
| Taxpayer ID #: | **-***7626 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/10/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 11/10/2010 01:31 PM   V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-13161 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | SLEDZ, ADAM P. | | Bank Name: | The Bank of New York Mellon |
| | SLEDZ, HELENA | | Account: | 9200-******87-65 - Money Market Account |
| Taxpayer ID #: | **-***7626 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/10/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8765 | Wire in from JPMorgan Chase Bank, N.A. account ********8765 | 9999-000 | 24,507.25 | | 24,507.25 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.17 | | 24,508.42 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.46 | | 24,509.88 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.41 | | 24,511.29 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.45 | | 24,512.74 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.46 | | 24,514.20 |
| 09/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.12 | | 24,514.32 |
| 09/20/10 | | To Account #9200*******8766 | Transfer for final distribution to creditors | 9999-000 | | 24,514.32 | 0.00 |
| | | | ACCOUNT TOTALS | | 24,514.32 | 24,514.32 | $0.00 |
| | | | Less: Bank Transfers | | 24,507.25 | 24,514.32 | |
| | | | Subtotal | | 7.07 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7.07 | $0.00 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-13161 | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | SLEDZ, ADAM P. | Bank Name: | The Bank of New York Mellon |
| | SLEDZ, HELENA | Account: | 9200-******87-66 - Checking Account |
| Taxpayer ID #: | **-***7626 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/10/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/20/10 | | From Account #9200******8765 | Transfer for final distribution to creditors | 9999-000 | 24,514.32 | | 24,514.32 |
| 09/24/10 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $3,251.13, Trustee Compensation; Reference: | 2100-000 | | 3,251.13 | 21,263.19 |
| 09/24/10 | 10102 | DISCOVER BANK | Dividend paid 14.97% on $22,065.04; Claim# 1; Filed: $22,065.04; Reference: | 7100-000 | | 3,304.85 | 17,958.34 |
| 09/24/10 | 10103 | Advanta Bank Corp. | Dividend paid 14.97% on $19,605.59; Claim# 2; Filed: $19,605.59; Reference: | 7100-000 | | 2,936.47 | 15,021.87 |
| 09/24/10 | 10104 | PYOD LLC as assignee of Citibank,c/oResurgent Capital | Dividend paid 14.97% on $28,985.85; Claim# 3; Filed: $28,985.85; Reference: | 7100-000 | | 4,341.42 | 10,680.45 |
| 09/24/10 | 10105 | Chase Bank USA, N.A. | Dividend paid 14.97% on $33,524.79; Claim# 4; Filed: $33,524.79; Reference: | 7100-000 | | 5,021.25 | 5,659.20 |
| 09/24/10 | 10106 | GE Money Bank dba LENSCRAFTERS/GEMB, | Dividend paid 14.97% on $507.74; Claim# 5; Filed: $507.74; Reference: | 7100-000 | | 76.05 | 5,583.15 |
| 09/24/10 | 10107 | FIA CARD SERVICES, /BANK OF AMERICA, AMERICAN INFOSURCE, AGE | Dividend paid 14.97% on $37,276.35; Claim# 6; Filed: $37,276.35; Reference: | 7100-000 | | 5,583.15 | 0.00 |

| | | | |
| --- | ---: | ---: | ---: |
| ACCOUNT TOTALS | 24,514.32 | 24,514.32 | $0.00 |
| Less: Bank Transfers | 24,514.32 | 0.00 | |
| Subtotal | 0.00 | 24,514.32 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $24,514.32 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | ---: | ---: | ---: |
| MMA # ***-*****87-65 | 25,007.25 | 500.00 | 0.00 |
| Checking # ***-*****87-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******87-65 | 7.07 | 0.00 | 0.00 |
| Checking # 9200-******87-66 | 0.00 | 24,514.32 | 0.00 |
| | $25,014.32 | $25,014.32 | $0.00 |

{} Asset reference(s)   Printed: 11/10/2010 01:31 PM   V.12.54